IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ADRIENNE P. ADKINS, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. SA-23-CV-337-FB |
| § | |
| EXPERIAN INFORMATION SOLUTIONS, § | |
| INC.; EQUIFAX INFORMATION SERVICES, § | |
| LLC; and DOES 1 THROUGH 100, Inclusive, § | |
| § | |
| Defendants. § | |

## ORDER REINSTATING CASE ON DOCKET AND DISMISSAL OF CASE

Before the Court are (1) Plaintiff's Voluntary Dismissal with Prejudice of Defendant Equifax Information Services, LLC Pursuant to Federal Rule of Civil Procedure 41 filed on July 18, 2023 (docket #12); (2) Plaintiff's Voluntary Dismissal with Prejudice of Defendant Experian Information Solutions, Inc. Pursuant to Federal Rule of Civil Procedure 41 filed on August 5, 2023 (docket #13); and (3) Voluntary Dismissal of Does 1 Through 100 Inclusive Pursuant to Federal Rule of Civil Procedure 41 filed on August 5, 2023 (docket #14).  On June 15, 2023, this Court entered an Order of Stay and Administrative Closure (docket #11) based on the Notice of Intent to Settle Between Plaintiff and Equifax Information Services, LLC filed on May 11, 2023 (docket #9), and Notice of Intent to Settle Between Plaintiff and Experian Information Solutions, Inc. filed on June 8, 2023 (docket #10), which advised the Court that the parties reached a settlement in principle in this case and are in the process of documenting their settlement.  Plaintiff further advised the Court that the filing of dismissal documents is anticipated within 90 days once the settlement is finalized.

Because the Plaintiff has filed a Voluntary Dismissal With Prejudice as to all named Defendants in this case, IT IS HEREBY ORDERED that the case is REOPENED and REINSTATED on the Court's docket and will be dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Accordingly, based on (1) Plaintiff's Voluntary Dismissal with Prejudice of Defendant Equifax Information Services, LLC Pursuant to Federal Rule of Civil Procedure 41 (docket #12); (2) Plaintiff's Voluntary Dismissal with Prejudice of Defendant Experian Information Solutions, Inc. Pursuant to Federal Rule of Civil Procedure 41 (docket #13); and (3) Voluntary Dismissal of Does 1 Through 100 Inclusive Pursuant to Federal Rule of Civil Procedure 41 (docket #14), IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this case is DISMISSED WITH PREJUDICE. Motions pending, if any, are also DISMISSED, and this case is CLOSED.

It is so ORDERED.

SIGNED this 19th day of August, 2023.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE